**James FULTON, Jr., Petitioner-Appellant**

v.

**Lorie DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent-Appellee**

No. 17-50403

United States Court of Appeals, Fifth Circuit.

Filed March 13, 2018

James Fulton, Jr., Pro Se

Edward Larry Marshall, Office of the Attorney General, Postconviction Litigation Division, Austin, TX, for Respondent-Appellee

Before SMITH, WIENER, and HAYNES, Circuit Judges.

PER CURIAM: *

James Fulton, Jr., Texas prisoner # 1770265, has filed a notice of appeal that

determined that this opinion should not be

is untimely with respect to the denial of his 28 U.S.C. § 2254 application challenging his conviction for murder. *See* FED. R. APP. P. 4(a)(1)(A). It also is untimely with respect to the denial of his motion seeking to reopen the time for appeal. *See* FED. R. APP. P. 4(a)(1)(A), (c)(1). Alternatively, his request to the district court to reopen the time for appeal was untimely, so his appeal of that denial is without merit. Accordingly, the appeal is DISMISSED. *See Hamer v. Neighborhood Hous. Servs. of Chicago,* — U.S. —, 138 S.Ct. 13, 16-17, 199 L.Ed.2d 249 (2017); 28 U.S.C. § 2107(a), (c). The motions for a certificate of appealability and leave to proceed in forma pauperis are DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.